DAVID L. SKELTON #96250
CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101

FILED KD

06 MAY -1 PM 1:50

CLERK
U.S. BANKRUPTCY CT
SO. DIST OF CALIF

191078

UNITED STATES BANKRUPTCY COURT
Southern District of California

IN RE ) CASE NO. 0108154-B13
)
JEFFREY B EVANS ) UNDISTRIBUTED FUNDS
326 HAWTHORNE AVE )
ANDERSON IA )
)
46016 )
)

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT
REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: COMPLETED

EXPLANATION OF SOURCES:
    CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:                          AMOUNT:

    eCAST SETTLEMENT CORP                                  2,462.78
    PO BOX 35480
    NEWARK NJ

            07193-5480

I hereby certify under penalty of perjury that if valid addresses were
avaliable, a true copy of this was served on the Debtor(s), his attorney
of record, and Payee at the addresses as they appear herein.

SERVED:    [ ✓ ] DEBTOR(S)    [ ✓ ] ATTORNEY    [ ✓ ] PAYEE 2

DATED: April 21, 2006

_____
Clerk for the office of
DAVID L. SKELTON, CHAPTER 13 TRUSTEE

JOHN C COLWELL #118532                CC:           CROSS COUNTRY BANK
411 BROADWAY #203                                   PO BOX 310711
SAN DIEGO CA                                        BOCA RATON FL 33431-07111
            92101

```
BECKET & LEE LLP                                              006612
   eCAST REFUNDS              HUDSON UNITED BANK
    P.O. BOX 3001                                         NO.
16 GENERAL WARREN BLVD.           60-148/319
   MALVERN, PA 19355                                             6612
```

***Two Thousand Four Hundred Sixty-Two & 78/100 Dollars

DATE          AMOUNT

03/23/06      $2,462.78

PAY TO THE ORDER OF    David L. Skelton, Chapter 13 Trustee

MEMO: 01-08154, Claim #0006, Jeffrey B. Evans
      ECBKY/CCB, TRRFND-AK

---

RE:  Debtor:          Jeffrey B. Evans
     Case #           01-08154
     Account #:       4227097310336172
     Refund Request:  $2,462.78

Dear Mr. Skelton:

Pursuant to our recent internal audit, it was discovered that this claim was transferred in error. Enclosed please find our refund check in the amount of $2,462.78. This represents the payments in error paid or forwarded to our client eCast Settlement Corp. on the above referenced account for claim number 0006.

Please do not hesitate to contact me if you have any questions regarding this matter.

Very truly yours,
BECKET & LEE

By: Katherine D. Buttenberg
Katherine D. Buttenberg, Supervisor
Bankruptcy Reporting
Account Reconciliation

KDB/vjd
Enclosures

*[Handwritten note:]* Send to court under eCast Settlement Corp. appropriate paperwork filed for sub. PND 4-5-06